**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01719-CV

**TENET HEALTHSYSTEM HOSPITALS DALLAS, INC., Appellant**

**V.**

**NORTH TEXAS HOSPITAL PHYSICIANS GROUP, P.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00717-2009**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court concerning appellee North Texas Hospital Physicians Group, P.A. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. See TEX. R. APP. P. 8.3.

/s/ DAVID LEWIS
JUSTICE